THE STATE OF OHIO, APPELLANT, *v.* BOOHER, APPELLEE.

[Cite as *State v. Booher* (1999), 84 Ohio St.3d 329.]

(No. 98–1960—Submitted November 10, 1998—Decided January 20, 1999.)

*Russell V. Leffler*, Huron County Prosecuting Attorney, for appellant.

The judgment of the court of appeals is reversed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570. The trial court's finding that defendant is a sexual predator is reinstated.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., not participating.